## ANTOINE LASSELLE *versus* THOMAS CALDWELL, ADMINISTRATOR, ETC., OF JAMES LASSELLE, DECEASED

JOURNAL ENTRIES (1821): *Journal 3:* (1) Motion for discharge because of illegal service of writ, judgment *p. 180.
PAPERS IN FILE: (1) Summons and return.
*1821 Calendar*, MS p. 99. Recorded in *Book A*, MS pp. 70–74.